Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Argos Therapeutics, Inc. |
|----|---------------|--------------------------|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | Merix Bioscience, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 56-2110007 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4233 Technology Drive**<br>**Durham, NC 27704**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Durham**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | http://www.argostherapeutics.com/ |
|----|------------------------|-----------------------------------|

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Argos Therapeutics, Inc.**                                    Case number (*if known*) _____
       Name

---

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    3254

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    Argos Therapeutics, Inc.                                      Case number (if known) _____
          Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Argos Therapeutics, Inc.                                    Case number (*if known*) _____
         Name

███  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2018**
              MM / DD / YYYY

X _____                    **Matthew Foster**
Signature of authorized representative of debtor      Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X _____                    Date **November 30, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**Matthew B. McGuire 4366**
Printed name

**Landis Rath & Cobb LLP**
Firm name

**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 467-4400**      Email address   **landis@lrclaw.com**

**4366 DE**
Bar number and State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARGOS THERAPEUTICS, INC.[1] | Case No. 18-_____ (___) |
| Debtor. | |

## Attachment to Voluntary Petition for Non-Individuals Filing for
## Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>0001105533 (CIK Number)</u>.

2. The following financial data is the latest available information and refers to the debtor's condition on <u>09/30/2018</u>.

a. Total assets           <u>$10,880,900.00</u>

b. Total debts (including debts listed in 2.c., below)    <u>$23,453,779.00</u>

c. Debt securities held by more than 500 holders    <u>N/A</u>

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

d. Number of shares of preferred stock    _____

e. Number of shares common stock    <u>10,586,661</u>

f. Comments, if any: _____

_____

_____

---

[1] The last four digits of the Debtor's federal tax identification number are 0007. The Debtor's corporate headquarters and its mailing address is 4233 Technology Drive, Durham, NC 27704.

3. Brief description of debtor-s business: _____

_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to

vote, 5% or more of the voting securities of debtor: N/A Pharmastandard is only ≥ 5% Shareholder

_____

_____

**Argos Therapeutics, Inc.**

**Authorization for Filing Voluntary Petition Under**
**Chapter 11 of the Bankruptcy Code and Related Matters**

The undersigned Directors of the Board (the "Board") of Argos Therapeutics, Inc., a Delaware corporation (the "Company"), hereby adopts the following resolutions (the "Resolutions"):

**WHEREAS**, a Special Meeting of the Board was held on November 29, 2018;

**WHEREAS**, the Board has considered the financial and operational conditions of the Company;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, employees, other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware and the filing of such petition is authorized hereby; and it is

**FURTHER RESOLVED**, that the members of the Board and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Asset Purchase Agreement between the Company Cellscript, LLC, and Immune and Cell Therapies, LLC (the "Asset Purchase Agreement"), shall be entered into by the Company; and the Authorized Persons are, and each of them hereby is, authorized and directed to enter into the Asset Purchase Agreement and each of the ancillary documents to be entered into in connection therewith (the "Transaction Documents"), and to perform the transactions and obligations contemplated by the Asset Purchase Agreement and the

Transaction Documents, subject to bankruptcy court approval in the Company's chapter 11 case; and it is

**FURTHER RESOLVED**, that the retention of Landis Rath & Cobb LLP pursuant to the April 26, 2018 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Landis Rath & Cobb LLP as the Company's bankruptcy counsel; and it is

**FURTHER RESOLVED**, that the retention of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale") pursuant to the November 23, 2018 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Wilmer Hale as the Company's special corporate counsel; and it is

**FURTHER RESOLVED**, that the retention of SSG Advisors, LLC ("SSG") pursuant to the July 30, 2018 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain SSG as the Company's investment banker; and it is

**FURTHER RESOLVED**, that the retention and designation of Matthew Foster as the Company's Chief Restructuring Officer (the "CRO") and Sonoran Capital Advisors, LLC ("Sonoran") pursuant to the November 29, 2018 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted, and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Matthew Foster as the Company's CRO and Sonoran to provide the Company with a CRO and certain additional personnel; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons in connection with the chapter 11 case, the Asset Purchase Agreement, the Transaction Documents, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons in connection with the chapter 11 case, the Asset Purchase Agreement, the Transaction Documents, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the Authorized Persons or the Board in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned have executed this resolution as of the date first written above.

*/s/ Jeffrey D. Abbey*
Jeffrey D. Abbey, Director

*/s/ Hubert Birner*
Hubert Birner, Director

*/s/ Robert Carey*
Robert Carey, Director

*/s/ Igor Krol*
Igor Krol, Director

*/s/ Richard G. Morrison*
Richard G. Morrison, Director

*/s/ Irackly Mtibelishvily*
Irackly Mtibelishvily, Director

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Argos Therapeutics, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pharmstandard International, S.A. 10A rue Henri Schnadt Luxembourg, Luxembourg L-2530 | +352 24840131 | **Trade Debts** | | $6,848,730.00 | | $6,848,730.00 |
| Medinet Co. Ltd. Shin-Yokohama Square Building Kohoku-Ku Yokohamam, Kanagawa Japan 22-0033 | +81-45-478-0041 | **Trade Debts** | | | | $4,989,007.00 |
| Invetech Pty Ltd 495 Blackburn Road Mt. Waverley, Victoria 3149, Australia | **Attention: Chief Exec** +61 3 9192 6000 | **Trade Debts** | | | | $4,602,963.00 |
| Cellscript, LLC 726 Post Road Madison, WI 53713 | **Attn: Gary A Dahl** (608) 442-6484 | **Trade Debts** | | | | $2,000,000.00 |
| Saint-Gobain Performance Plastics Corp. 1199 South Chillicothe Road Aurora, OH 44202 | **Attn: Benjamin Le Quere** (330) 562-0759 | **Trade Debts** | | | | $1,567,648.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Argos Therapeutics, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2018**         X _____

Signature of individual signing on behalf of debtor

**Matthew Foster**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

ARGOS THERAPEUTICS, INC.[1]                     Case No. 18-_____ (___)

          Debtor.

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the above-captioned debtor and debtor-in-possession (the "Debtor") hereby discloses that the following are corporations, other than the Debtor or a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

Pharmstandard International, Inc., S.A.
10A rue Henri Schnadt
Luxemburg, Luxembourg L-2530

---

[1] The last four digits of the Debtor's federal tax identification number are 0007. The Debtor's corporate headquarters and its mailing address is 4233 Technology Drive, Durham, NC 27704.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Argos Therapeutics, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑   Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2018**    X _____
                                      Signature of individual signing on behalf of debtor

                                      **Matthew Foster**
                                      Printed name

                                      **Chief Restructuring Officer**
                                      Position or relationship to debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARGOS THERAPEUTICS, INC.[1] | Case No. 18-_____ (___) |
| Debtor. | Tax I.D. No. 56-2110007 |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of debtor Argos Therapeutics, Inc.'s equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing this chapter 11 case.

| Name and Address of Holder | Units |
|---|---|
| CEDE & CO<br>PO Box 20<br>Bowling Green STN<br>New York, NY 10274 | 9,086,619.00 |
| Pharmstandard International, S.A.<br>10A Rue Henri Schnadt<br>Luxemburg, Luxembourg L-2530 | 627,632.00 |
| Lummy CO LTD<br>RM 19C, Lockhart CTR<br>301-307 Lockhart Road<br>WAN CHAI | 375,000.00 |
| ForArgos B.V.<br>Gooimeer 2-35,<br>1411 DC Naarden<br>The Netherlands | 230,904.00 |
| Dingo & Co.<br>c/o Computershare Inc.<br>250 ROYALL<br>Canton MA 02021-1011 | 86,826.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are 0007. The Debtor's corporate headquarters and its mailing address is 4233 Technology Drive, Durham, NC 27704.

| | |
|---|---|
| TVM V Life Science Ventures GMBH & CO KG<br>Ottostrabe 4<br>80333 Munich<br>Germany | 71,560.00 |
| WISCOTX Holdings LLC<br>726 Post Road<br>Madison, WI 53713 | 45,309.00 |
| Saint-Gobain Performance Plastics Corporation<br>1199 South Chillicothe Road<br>Aurora OH 44202 | 34,449.00 |
| Bright Mining and Land Company Limited<br>Partnership<br>200 Greenbrier Road, Box 460<br>Summerville WV 26651 | 1,188.00 |
| Alison C. Saunders<br>11809 Doc Arnold Drive<br>Raleigh, NC 27614 | 857.00 |
| H&M Holdings LLC<br>3110 Edwards Mill Road, Suite 300<br>Raleigh, NC 27612 | 645.00 |
| Medinnova Partners Inc.<br>130 King Street, W Suite 2200<br>TORONTO ON M5X 1E3 | 378.00 |
| Tamara Monesmith<br>22 Water Street, APT 1302<br>Cambridge MA, 02141-1394 | 358.00 |
| Charles A. Nicolette<br>5 Allen Moore Court<br>Durham NC 27703 | 340.00 |
| Fonds De Solidaritedes Travailleurs<br>Du Quebec FTQ<br>545 Cremazie East, Suite 200<br>MONTREAL QC H2M 2W4 | 216.00 |
| Tamao Watanabe<br>2-13-14 FUJI-CHO<br>NISHI-TOKYO-SHI<br>202-0014 TOKYO | 153.00 |
| ABRPPVM<br>480 Gilford Street, Suite 200 | 144.00 |

| | |
|---|---|
| Montréal, QC H2J 1N3, Canada | |
| Regime De Rentes Du Mouvement Desjardins<br>95 Rue Des Commandeurs,<br>Lévis (Québec) G6V 6P6 | 144.00 |
| National Bank of Canada<br>1115 Rue Metcalfe, Bureau 23<br>Montreal QC H3B 5G2 | 144.00 |
| Regimes De Retraite STM<br>800 De La Gauchetiere Street West, Suite 8900<br>Montreal QC, H5A 1J6 | 144.00 |
| Jeffrey D. Abbey<br>735 Gimghoul Road<br>Chapel Hill NC 27514 | 129.00 |
| Lothar Finke<br>18, Seaman Road<br>West Orange NJ 07052 | 103.00 |
| Bombardier Trust (Canada) Funds<br>800 Rene-Levesque Boulevard West, 29th Floor<br>Montreal H3B 1Y8 | 72.00 |
| Jacoba Slagter-Jager<br>1022 Ash Lane<br>Stoughton WI 53589-4108 | 60.00 |
| Emily C. Hernandez<br>108 Tutbury Place<br>Cary NC 27619-6670 | 50.00 |
| Emily M. Vaughan<br>206 Old Dock Trail<br>Cary NC 27519-5898 | 37.00 |
| 9047-9395 Quebec Inc.<br>Stikeman Elliott<br>1155 Rene Levesque Blvd W.<br>Montreal QC, H3B 3V2 | 28.00 |
| Brigitte N. Kamba<br>4101 Vailwood Ct.<br>Raleigh NC 27616 | 22.00 |
| Michael D. Myers<br>3919 Lloyds Ct.<br>Mcleansville NC 27301 | 18.00 |

| | |
|---|---|
| Carla R. Doggett<br>4401 Iyar Way<br>Wake Forest NC 27587 | 10.00 |
| Nicholas Kreutzer<br>2914 Eaton Street<br>Wheat Ridge CO 80214-8410 | 10.00 |
| Stephen Brand<br>213 Boulder Bluff<br>Chapel Hill NC 27516 | 9.00 |
| Senco Brands Inc.<br>4270 Ivy Pointe Blvd<br>Cincinnati, OH 45245 | 9.00 |
| Xiaorong Feng<br>221 Summerwalk Circle<br>Chapel Hill NC 27517 | 7.00 |
| BD Ventures LLC<br>1 Becton Drive<br>Franklin Lakes NJ 07417 | 5.00 |
| Heidi Rosalind Mavengere<br>1526 Trail View Lane<br>Durham NC 27713-6048 | 3.00 |
| SHV Finance BV<br>300 Pike Street<br>Cincinnati OH, 45202 | 2.00 |
| Philip J. Mazzilli<br>321 Edwards Brook Lane<br>Canton GA 30115 | 2.00 |
| Duke University<br>2020 West Main Street<br>Durham NC 27710 | 1.00 |
| Eli Gilboa<br>1115 Capri Street<br>Coral Gables FL 33134 | 1.00 |
| H Kim Lyerly<br>C/O Duke University<br>PO Box 2606<br>Durham NC 27710 | 1.00 |

| | |
|---|---|
| Clayton A. Smith<br>950 W 10th Ave Room 3300<br>Vancouver BC V5Z 4E3 | 1.00 |
| Bruce A. Sullenger<br>421 Medical Science Resource Bldg.<br>Box 2601 Medical Center<br>Durham NC, 27710 | 1.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Argos Therapeutics, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2018**        X _____
                                              Signature of individual signing on behalf of debtor

                                              **Matthew Foster**
                                              Printed name

                                              **Chief Restructuring Officer**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| NAMES | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIPCODE |
|---|---|---|---|---|---|---|
| Invetech Pty Ltd. | 495 Blackburn Road | Mt. Waverley | | Victoria | Australia | 3149 |
| Pharmstandard International, S.A. | Attention: Chief Executive Officer | 10A rue Henri Schnadt | | Luxembourg | Luxembourg | L-2530 |
| Medinet Co. Ltd. | Shin-Yokohama Square Building | Kohoku-Ku | Yokohamama-shi | Kanagawa | Japan | 22-0033 |
| Saint-Gobain Performance Plastics Corporation | Attn: Benjamin Le Quere | 1199 South Chillicothe Road | | Aurora | OH | 44202 |
| Cellscript, LLC | Attn: Gary A Dahl | 726 Post Road | | Madison | WI | 53713 |
| Airgas USA, LLC | PO Box 532609 | | | Atlanta | GA | 30353-2609 |
| AT&T Mobility | PO Box 6463 | | | Carol Stream | IL | 60197-6463 |
| City of Durham | PO Box 30041 | | | Durham | NC | 27702-3041 |
| Duke Energy | PO Box 70515 | | | Charlotte | NC | 28272-0516 |
| Frontier | PO Box 20550 | | | Rochester | NY | 14602-0550 |
| PSNC Energy Gas | PO Box 100256 | | | Columbia | SC | 29202-3256 |
| Rebulic Services | PO Box 9001099 | | | Louisville | KY | 40290-1099 |
| Time Warner Cable | PO Box 70872 | | | Charlotte | NC | 28272-0872 |
| North Carolina Department of Revenue | PO Box 25000 | | | Raleigh | NC | 27640-0640 |
| Delaware Division of Corporations | P.O. Box 898 | | | Dover | DE | 19903 |
| Durham 4233 Medical Properties, LLC | c/o MB Real estate | 181 West Madison Street | Suite 4700 | Chicago | IL | 60602 |
| Leaf Capital Funding LLC | 1720A Crete Street | | | Moberly | MO | 65270 |
| Canon Solutions America, Inc. | One Canon Park | | | Melville | NY | 11747 |
| Securities & Exchange Commission | 100 F Street, NE | | | Washington | DC | 20549 |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari | Brookfield Place, 200 Veasey S | New York | NY | 10281-1022 |
| Internal Revenue Service | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Delaware State Treasury | 820 Silver Lake Blvd. | Suite 100 | | Dover | DE | 19904 |
| Airgas USA LLC | 4808 Nelson Road | | | Morrisville | NC | 27562 |
| Alida M. Clark | 8517 Wapello Lane | | | Raleigh | NC | 27613 |
| Canon Financial Services, Inc. | 14904 Collections Center Drive | | | Chicago | IL | 60693-0149 |
| Canon Solutions America, Inc. | 300 Commerce Square Blvd | | | Burlington | NJ | 8016 |
| Canon Solutions America, Inc. | 15004 Collections Center Drive | | | Chicago | IL | 60693 |
| City of Durham Fire Department | PO Box 935667 | | | Atlanta | GA | 31193 |
| CMK2 Durham 4233, LLC | 181 W. Madison, Suite 4700 | | | Chicago | IL | 60602 |
| CMK2 Durham 4233, LLC | PO Box 257 | | | Emerson | NJ | 7630 |
| Computer Packages, Inc. | 11 N. Washington Street, Suite 300 | | | Rockville | MD | 20850 |
| Computershare Inc. | Dept CH 16934 | | | Palatine | IL | 60055-9228 |
| Computershare Inc. | Dept CH 19228 | | | Palatine | IL | 60055-9228 |
| CPA Global (FTF) Inc | 250 South 5th Street, Suite 500 | | | Boise | ID | 83702 |
| Creedmoor Fuel Service, Inc. | 104 Lake Rd | | | Creedmoor | NC | 27522 |
| Creedmoor Fuel Service, Inc. | PO Box 926 | | | Creedmoor | NC | 27522 |
| Crescense LLC | 2655 Meridian Parkway | | | Durham | NC | 27713 |
| CTS | 17390 Brookhurst Street | | | Fountain Valley | CA | 92708 |
| CTS | 13839 Collection Center Drive | | | Chicago | IL | 60693 |
| Duke Energy Carolinas, LLC | 400 South Tryon Street ST04A | | | Charlotte | NC | 28201 |
| Duke Energy Carolinas, LLC | PO Box 601297 | | | Charlotte | NC | 28260-1297 |
| Elaine Sale | 9233 Carol's View Lane | | | Forestville | CA | 95436 |
| Eric Paul Braschwitz | 405 Rolling Meadows Lane | | | Chapel Hill | NC | 27517 |
| FEDEX | PO Box 371461 | | | Pittsburgh | PA | 15250-7461 |
| Flores & Associates, LLC | PO Box 31397 | | | Charlotte | NC | 28231-1397 |
| Freudenberg IT LP | 629 Davis Drive, Suite 600 | | | Morrisville | NC | 27560 |
| Frontier | PO Box 740407 | | | Cincinnati | OH | 45274-0407 |
| Guardian - Appleton | PO Box 677458 | | | Dallas | TX | 75267-7458 |
| Hughes Pittman & Gupton, LLP | 1500 Sunday Drive, Suite 300 | | | Raleigh | NC | 27607 |
| Hutchison Law Group, PLLC | 3110 Edwards Mill Rd, Suite 300 | | | Raleigh | NC | 27612 |
| Integrated Data & Security Solutions Inc | PO Box 80482 | | | Raleigh | NC | 27623-0482 |
| Iron Mountain Records Management | PO Box 27128 | | | New York | NY | 10087-7128 |
| Kronos Incorporated | PO Box 744724 | | | Atlanta | GA | 30374-4724 |
| Kronos SaaShr, Inc. | 900 Chelmsford Street | | | Lowell | MA | 1851 |
| Lowe's Companies, Inc. | PO Box 530954 | | | Atlanta | GA | 30353-0954 |
| Medpace Reference Laboratories, LLC | 5375 Medpace Way | | | Cincinnati | OH | 45227 |
| Medpace, Inc. | 5375 Medpace Way | | | Cincinnati | OH | 45227 |
| Mobile Mini, Inc. | PO Box 740773 | | | Cincinnati | OH | 45274-0773 |
| Myers Bigel & Sibley, P.A. | PO Box 37428 | | | Raleigh | NC | 27627 |
| NanoCool, LLC | 2525 Alamo Avenue SE | | | Albuquerque | NM | 87106 |
| NASDAQ Corporate Solutions LLC - LBX #11700 | PO Box 780700 | | | Philadelphia | PA | 19178-0700 |
| NASDAQ OMX Corporate Solutions LLC | One Liberty Plaza, 49th Floor | | | New York | NY | 10006 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Nasdaq, Inc. - LBX #10700 | PO Box 780700 | | | Philadelphia | PA | 19178-0700 |
| Nixon Power Service Company | PO Box 934345 | | | Atlanta | GA | 31193-4345 |
| Pitney Bowes Global Financial Services | PO Box 371887 | | | Pittsburgh | PA | 15250-7887 |
| PricewaterhouseCoopers, LLP | PO Box 932011 | | | Atlanta | GA | 31193-2011 |
| Provident Life and Accident Ins Co. | PO Box 740592 | | | Atlanta | GA | 30374-0592 |
| PSNC Energy | PO Box 100256 | | | Columbia | SC | 29202-3256 |
| Purchase Power | PO Box 371874 | | | Pittsburgh | PA | 15250-7874 |
| Quench USA, Inc. | 780 Fifth Avenue, Suite 200 | | | King of Prussia | PA | 19406 |
| Quench USA, Inc. | PO Box 781393 | | | Philadelphia | PA | 19178-1393 |
| QuickBase, Inc. | 150 Cambridgepark Drive, Ste 500 | | | Cambridge | MA | 02140-2479 |
| Republic Services #939 | 5111 Chin Page Rd | | | Durham | NC | 27703-8405 |
| Republic Services #939 | PO Box 9001099 | | | Louisville | KY | 40290-1099 |
| Richard G. Morrison, Ph.D. | 1000 Bay Head Circle | | | Wilmington | NC | 28405 |
| Robert F. Carey | 401 N. Wabash Ave., Unit 38A | | | Chicago | IL | 60611 |
| Rural Sourcing, Inc. | 817 West Peachtree Street, Suite 550 | | | Atlanta | GA | 30308 |
| RUSY Consulting Inc. | 1112 Survada Lane | | | Morrisville | NC | 27560 |
| Saber Exterminating | PO Box 967 | | | Fuquay-Varina | NC | 27526 |
| Stericycle | PO Box 6582 | | | Carol Stream | IL | 60197-6582 |
| Stericycle, Inc. | 4010 Commercial Ave. | | | Northbrook | IL | 60062 |
| Sterne, Kessler, Goldstein & Fox PL | 1100 New York Ave. NW | | | Washington | DC | 20005 |
| Tepper & Eyster PLLC | 3724 Benson Drive | | | Raleigh | NC | 27609 |
| Thomson Reuters - West | PO Box 6292 | | | Carol Stream | IL | 60197-6292 |
| Time Warner Cable | PO Box 70872 | | | Charlotte | NC | 28272-0872 |
| UnitedHealthcare Insurance Company | 22703 Network Place | | | Chicago | IL | 60673-1227 |
| Unum Life Insurance Company of America | PO Box 406990 | | | Atlanta | GA | 30384-6990 |
| USA Scientific | PO Box 30000 | | | Orlando | FL | 32891-8210 |
| USAble Life | PO Box 204678 | | | Dallas | TX | 75320-4675 |
| USI Insurance Services National (WRL) | PO Box 203508 | | | Dallas | TX | 75320-3508 |
| USI Insurance Services National, Inc. | 100 Summit Lake Drive - Suite 400 | | | Valhalla | NY | 10595 |
| West Pharmaceutical Services, Inc. | 179 W. Airport Rd. | | | Lititz | PA | 17543 |
| West Pharmaceutical Services, Inc. | PO Box 642477 | | | Pittsburgh | PA | 15264-2477 |
| WilmerHale LLP | PO Box 4550 | | | Boston | MA | 02212-4450 |
| Scimega Research Inc. | 4423 Oxford Avenue | | Montreal | CA | H4A 2Y7 | QC |
| Smart & Biggar | PO Box 2999 STN D | | Ottawa | CA | K1P 5Y6 | ON |
| Dr. Hubert Birner | TVM Life Science Management GmbH | Ottostr. 4 (Palais am Lenbacho | Munich | DE | 80333 | Bavaria |
| TVM Capital GmbH | Ottostr. 4 | | Munchen | DE | 80333 | |
| Irackly Mtibelishvily | 6 Gasheka Street | | Moscow | RU | 125047 | |
| Igor Krol | 3, 36 Eton Avenue | | London | GB | NW3 3HL | |
| Zacco Norway AS | Haakon VII's gt. 2, PO Box 2003 Vika | | Oslo | NO | 125 | Oslo |
| Airgas USA LLC | 4808 Nelson Road | | | Morrisville | NC | 27562 |
| Robert Walker | 307 Sarabande Drive | | | Cary | NC | 27513 |
| Ventas Patriot, LLC c/o Wexford Asset Management, LLC | 10350 Ormsby Park Place, Suite 300 | | | Louisville | KY | 40223 |
| Ventas Patriot LLC c/o Lillibridge Healthcare Serv Inc | 32575 Collection Center Drive | | | Chicago | IL | 60693-0325 |
| West Corporation West LLC | 11808 Miracle Hills Drive | | | Omaha | NE | 68154 |
| West LLC | PO Box 74007143 | | | Chicago | IL | 60674-7143 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Argos Therapeutics, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☑ Other document that requires a declaration   **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 30, 2018**   X _____
Signature of individual signing on behalf of debtor

**Matthew Foster**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202   Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy